# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE E. STEPHENS,<br><br>         Petitioner,<br><br>    v.<br><br>G. MATTERSON, WARDEN,<br><br>         Respondent. | Case No. 2:24-cv-02386-WDK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP," Docket No. 6), the Motion to Dismiss the FAP ("Motion to Dismiss," Docket No. 14), the relevant records and files herein, the Report and Recommendation of the United States Magistrate Judge ("Report," Docket No. 22), and Petitioner's Objection to the Report ("Objection," Docket No. 24). The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner objected and does not find any need to alter or modify the Report. Accordingly, the Objection is overruled. The Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

      IT IS ORDERED that Judgment be entered GRANTING Respondent's Motion to Dismiss, DENYING the Petition on the merits, and dismissing this action WITH PREJUDICE.

1 |       IT IS SO ORDERED.

2

3 | DATED: January 7, 2025

4

5 |                                             WILLIAM D. KELLER
                                     UNITED STATES DISTRICT JUDGE