UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE E. STEPHENS,<br><br>          Petitioner,<br><br>   v.<br><br>G. MATTERSON, WARDEN,<br><br>          Respondent. | Case No. 2:24-cv-02386-WDK-AJR<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

    IT IS SO ORDERED.

DATED: January 7, 2025

                                                             WILLIAM D. KELLER<br>
                                          UNITED STATES DISTRICT JUDGE